# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN EMMELL, | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 16-3787 |
| PHOENIXVILLE HOSPITAL COMPANY, LLC, | : |
| **Defendant.** | : |

## O R D E R

**AND NOW,** this 29th day of March, 2018, upon careful consideration of the defendant's motion for summary judgment (Doc. No. 28), the plaintiff's response (Doc. No. 34), the defendant's reply (Doc. No. 37), and the plaintiff's sur reply (Doc. No. 40), **IT IS HEREBY ORDERED** that the defendant's motion for summary judgment is **GRANTED** in part and **DENIED** in part:

1. The defendant's motion is **GRANTED** as to Counts I and II of the plaintiff's amended complaint (Doc. No. 10).

2. The defendant's motion is **DENIED** as to Counts III and IV.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.