# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAUREN EMMELL, | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-3787 |
| PHOENIXVILLE HOSPITAL COMPANY, LLC, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 6th day of August, 2018, upon careful consideration of the defendant's motion for reconsideration (Doc. No. 44) and the plaintiff's response (Doc. No. 45), **IT IS HEREBY ORDERED** that the defendant's motion is **GRANTED** in part and **DENIED** in part as follows. This does not alter my March 29, 2018 decision granting in part and denying in part summary judgment.

1. The defendant's motion is **GRANTED** as to the defendant's argument regarding pretext. However, even after conducting this additional analysis in the memorandum that accompanies this order, the conclusion of my March 29, 2018 summary judgment decision remains in effect.

2. The defendant's motion is **DENIED** as to all other issues.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.